**UNPUGLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-4076**

---

UNITED STATES OF AMERICA,

           Plaintiff - Appellee,

     v.

JUAN RIOS-RIOS, a/k/a Servando Rios-Rios, a/k/a Angel Rios-
Martinez,

           Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.    Terrence W. Boyle,
District Judge. (5:13-cr-00234-BO-1)

---

Submitted:  November 18, 2014      Decided:  November 20, 2014

---

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas P. McNamara, Federal Public Defender, Eric J. Brignac,
Assistant Federal Public Defender, Raleigh, North Carolina, for
Appellant.    Thomas G. Walker, United States Attorney, Jennifer
P. May-Parker, Kristine L. Fritz, Assistant United States
Attorneys, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juan Rios-Rios pled guilty to illegal reentry of an aggravated felon, under 8 U.S.C. § 1326(a), (b)(2) (2012), and was sentenced to sixty months of imprisonment. On appeal, Rios-Rios challenges the sixteen-level enhancement to his Sentencing Guidelines range, arguing that his North Carolina conviction for taking indecent liberties with a child is not a "crime of violence" for purposes of the illegal re-entry Guideline. U.S. Sentencing Guidelines Manual (USSG) § 2L1.2(b)(1)(A)(ii) (2013).

Rios-Rios' argument is foreclosed by circuit precedent. In United States v. Perez-Perez, 737 F.3d 950, 952 (4th Cir. 2013), cert. denied, ___ S. Ct. ___, 2014 WL 2514329 (Oct. 6, 2014) (No. 13-10374), we held that taking indecent liberties with a minor under N.C. Gen. Stat. § 14–202.1(a) (2013), qualifies categorically as sexual abuse of a minor and therefore is a crime of violence within the meaning of USSG § 2L1.2(b)(1)(A); see United States v. Diaz-Ibarra, 522 F.3d 343 (4th Cir. 2008).

Accordingly, we affirm Rios-Rios' sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED